EASTERN DISTRICT of KENTUCKY
TENDERED
DATE 4-8-13
ROBERT R. CARR
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CRIMINAL ACTION NO. 0:13-5-DLB

UNITED STATES OF AMERICA            PLAINTIFF

V.            **PLEA AGREEMENT**

DIANA LYNN RICE            DEFENDANT

\* \* \* \* \*

1. Pursuant to Federal Rule of Criminal Procedure 11(c), the Defendant will enter a guilty plea to the single count Indictment, charging a violation of 42 U.S.C. §1383a(a)(3).

2. The essential elements of the offense are:

(a) The Defendant had knowledge of the occurrence of an event affecting her initial or continued right to receive Supplemental Security Income ("SSI") payments from the Social Security Administration ("SSA");

(b) The Defendant concealed or failed to disclose such an event;

(c) The Defendant did so with the intent to fraudulently secure such payments in a greater amount than was due to her.

3. As to the Indictment, the United States could prove the following facts that establish the essential elements of the offense beyond a reasonable doubt, and the Defendant admits these facts are true:

(a) From in or about August 2004, through in or about March 2012, the Defendant collected greater SSI benefits than she was entitled to by law by repeatedly advising the SSA that she was living separately from, and not sharing financial

resources with, her ex-husband, when in fact, they were living together and sharing financial resources in the Eastern District of Kentucky. The Defendant made these false statements on her Application for SSI and on various statements used to determine her continuing eligibility.

(b) The Defendant intentionally concealed her living arrangements from SSA because she knew her ex-husband's income would reduce her SSI eligibility. As a result, the Defendant was overpaid SSI benefits in the amount of $51,152.00.

4. The maximum statutory punishment for the offense is imprisonment for not more than 5 years, a fine of not more than $250,000, and a term of supervised release of not more than 3 years. A mandatory special assessment of $100 applies, and the Defendant will pay this assessment to the U.S. District Court Clerk when the plea is entered.

5. Pursuant to Rule 11(c)(1)(B), the parties recommend the following Sentencing Guidelines calculations, and they may object to or argue in favor of other calculations. These recommendations do not bind the court.

(a) The United States Sentencing Guidelines (U.S.S.G.), November 1, 2012 manual, will determine the Defendant's guideline range.

(b) Pursuant to U.S.S.G. § 1B1.3, the Defendant's relevant conduct includes, but is not limited to, the facts set forth in this plea agreement.

(c) Pursuant to U.S.S.G. § 2B1.1, the base offense level is 6.

(d) Pursuant to U.S.S.G. § 2B1.1(b)(1), increase the offense level by 6 levels for a loss greater than $30,000 but less than $70,000.

(e) Pursuant to U.S.S.G. § 3E1.1, and unless the Defendant commits another crime, obstructs justice, or violates a court order, decrease the offense level by 2 levels for the Defendant's acceptance of responsibility. If the offense level determined prior to this two-level decrease is level 16 or greater, the United States will move at sentencing to decrease the offense level by 1 additional level based on the Defendant's timely notice of her intent to plead guilty.

2

(f) Pursuant to U.S.S.G. § 5E1.1, the parties agree that restitution is $51,152.00, the victim is the United States Social Security Administration, and restitution should be paid to:

> Social Security Administration
> Debt Management Section
> ATTN: Court Refund
> PO Box 2861
> Philadelphia, PA 19122

6. No agreement exists regarding the Defendant's criminal history category pursuant to U.S.S.G. Chapter 4.

7. The Defendant waives the right to appeal the guilty plea, conviction, and sentence, including any order of restitution.

8. After pleading guilty, the Defendant will make a full and complete financial disclosure to the United States and will assist the United States in the gathering of all financial information. The Defendant will complete and sign a financial disclosure statement or affidavit, will sign financial releases prepared by the United States, and will submit to a deposition in aid of collection at times and places that the United States directs. The Defendant agrees that any unpaid penalty will be submitted to the United States Treasury for offset. If the Defendant fails to comply with any of the provisions of this paragraph, the United States will not move the Court pursuant to U.S.S.G. § 3E1.1(b) to reduce the offense level by one additional level, and may in its discretion argue to the Court that the Defendant should not receive a two-level reduction for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(a).

3

9. If the Defendant violates any part of this Agreement, the United States may void this Agreement and seek an indictment for any violations of federal laws, and the Defendant waives any right to challenge the initiation of additional federal charges.

10. This document and the sealed supplement contain the complete and only Plea Agreement between the United States Attorney for the Eastern District of Kentucky and the Defendant. The United States has not made any other promises to the Defendant.

11. This Agreement does not bind the United States Attorney's Offices in other districts, or any other federal, state, or local prosecuting authorities.

12. The Defendant and the Defendant's attorney acknowledge that the Defendant understands this Agreement, that the Defendant's attorney has fully explained this Agreement to the Defendant, and that the Defendant's entry into this Agreement is voluntary.

KERRY B. HARVEY
UNITED STATES ATTORNEY

Date: 4/8/13       By: _____
                       Christopher L. Nasson
                       Assistant United States Attorney

Date: 4/8/13       _____
                   Diana Lynn Rice
                   Defendant

Date: 4/8/13       _____
                   C. David Mussetter, Esq.

4

                                        Attorney for Defendant

**APPROVED**, this \_\_\_\_\_ day of _____, 2013.

                                        _____
                                        UNITED STATES DISTRICT JUDGE