UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND
CRIMINAL MINUTES - SENTENCING

Case No.  0:13cr5(1)-DLB    At: Ashland    Date:  Monday, July 8, 2013

Style: **U.S.A. vs. DIANA LYNN RICE**   X  present  X  bond    OR   AGE  66

DOCKET ENTRY:

PRESENT:  HON.   DAVID L. BUNNING   , JUDGE

 JANET SOLOMON        LISA WIESMAN         CHRISTOPHER L. NASSON 
   Deputy Clerk          Court Reporter          Assistant U.S. Attorney

Counsel for Deft  C. DAVID MUSSETTER    X  present    retained   X  appointed

**PROCEEDINGS: SENTENCING**

___ Objections to Presentence Report were ruled on as noted above.

 X  No objections to Presentence Report.

___ Transcript shall be deemed as written findings of Court.

 X  The tendered Plea Agreement is approved by the Court and is filed of record.

 X  Judgment shall be entered (See Judgment & Commitment.)

 X  Defendant to remain on bond pending designation by the Bureau of Prisons.

TIC:  | 11 |

B:\DATA\ORDERS\Ashland Criminal\2013\13-5(1) sentencing minutes 7-8-13.wpd